■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY FAIR, Appellant. (Appeal No. 1.) [595 NYS2d 700] —Judgment unanimously affirmed. Memorandum: The verdict finding defendant guilty of criminal possession of stolen property in the fourth degree is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's contention that the court's charge on constructive possession was improper has not been preserved for our review *(see,* CPL 470.05 [2]) and we decline to review the alleged error in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Monroe County Court, Wisner, J.—Criminal Possession Stolen Property, 4th degree.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY FAIR, Appellant. (Appeal No. 2.) [595 NYS2d 700] —Judgment unanimously affirmed. Memorandum: Defendant's challenge to his sentence is without merit. Defendant received "the sentence for which he * * * freely bargained" *(People v Kohler,* 147 AD2d 937, *lv denied* 73 NY2d 1017). Further, defendant received an even more favorable sentence than he bargained for when the court agreed to allow the sentence to run concurrently with the sentence previously imposed *(see,* Penal Law § 70.25 [2-b]). (Appeal from Judgment of Monroe County Court, Wisner, J.—Burglary, 2nd Degree.) Present— Denman, P. J., Green, Balio, Doerr and Boehm, JJ.